**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3075-24

AB TRANSITIONS, LLC,

     Plaintiff-Appellant,

v.

AMY ALIGO and RISING TIDE
DENTAL PARTNERS, LLC,

     Defendants-Respondents.

_____

Submitted June 1, 2026 – Decided June 11, 2026

Before Judges Sabatino, Natali and Bergman.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. C-000023-25.

Epstein Ostrove LLC, attorneys for appellant (Elliot D. Ostrove, of counsel and on the briefs; Jordan B. Cohen, on the briefs).

Benesch Friedlander Coplan & Aronoff, and Yelena G. Katz (Benesch Friedlander Coplan & Aronoff) of the Ohio bar, admitted pro hac vice, attorneys for respondents (Kevin M. Capuzzi, on the brief).

PER CURIAM

We are advised that the matter has been settled and the parties have filed a stipulation of dismissal with prejudice. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

A-3075-24